

*K. Courtenay Johnston* for motion.
No one opposed.

Motion dismissed, with $10 costs and necessary printing disbursements upon the ground that the order does not finally determine the action within the meaning of the Constitution. (See *East Brooklyn Sav. Bank* v. *Hickman Realty Corp.,* 297 N. Y. 975.)

In the Matter of the Claim of MATTHEW SLAWINSKI, Respondent, against J. H. WILLIAMS & Co. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted October 4, 1948; decided October 7, 1948.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 298 N. Y. 546.]

In the Matter of the Probate of the Will of CHICO SCHNEIDER, Deceased. LISA P. SCHNEIDER et al., Appellants; RITA A. MAHOOL et al., Respondents.

Submitted October 4, 1948; decided October 7, 1948.

Motion for reargument, etc., denied, with $10 costs and necessary printing disbursements. [See 298 N. Y. 532.]